## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**KENNETH RAY PITTS,**
**ADC #085939**                                                        **PLAINTIFF**

**V.**                          **CASE NO. 4:20-CV-355-SWW-BD**

**CLYDE DANIELS,** *et al*.                                    **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Beth Deere and Plaintiff's objections.  After careful review, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Pitts's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's April 1, 2020 Order requiring him to pay the statutory filing fee.

IT IS SO ORDERED this 18th day of May, 2020.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE