**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KENNETH RAY PITTS,**
**ADC #085939**                                                                      **PLAINTIFF**

**V.**                      **CASE NO. 4:20-CV-355-SWW-BD**

**CLYDE DANIELS,** *et al*.                                             **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT

PREJUDICE.

IT IS SO ORDERED this 18th day of May, 2020.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE